FILED

DEC 12 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   vs.<br><br>LUIS ANTONIO NAVA-MARTINEZ<br><br>   Defendant. | No. 1:11-CR-00327 LJO<br><br>ORDER OF RELEASE |

The above named defendant having been sentenced on December 12, 2011, to time served.

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow. This Order in no way addresses any potential or existing Immigration or Deportation issues.

DATED: 12-12-11

_____
HONORABLE LAWRENCE J. O'NEILL
U.S. DISTRICT JUDGE

1